# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (NORFOLK DIVISION)

| | |
|---|---|
| **BAYER CROPSCIENCE AG,** )<br>**BAYER CROPSCIENCE NV,** )<br> )<br> **Plaintiffs,** )<br> )<br> **v.** )<br> )<br> **DOW AGROSCIENCES LLC** )<br> **MYCOGEN PLANT SCIENCE, INC.,** )<br> **AGRIGENETICS, INC. d/b/a** )<br> **MYCOGEN SEEDS, LLC, AND** )<br> **PHYTOGEN SEED COMPANY, LLC,** )<br> )<br> **Defendants.** ) | **Civil Action No. 2:12-cv-47 (RAJ/TEM)** |

## NOTICE OF FILING OF JOINT STATUS REPORT

In accordance with the Court's order of September 11, 2013, the parties hereby provide a joint status report on the arbitration proceedings.

1.     On November 12, 2014, the parties submitted their last status reports to the Court. *See* D.I. Nos. 98, 102.

2.     On November 20-21, 2014, the hearing on breach of contract and patent infringement remedies was held before the Tribunal, which was the last scheduled merits hearing in the arbitration.

3.     By letter dated December 4, 2014, Defendants informed the Tribunal that, on December 2, 2014, the United States Patent and Trademark Office ("PTO") had granted Defendants' request, pursuant to 35 U.S.C. § 302, for *ex parte* reexamination of claim 1 of U.S. Patent RE 44,962, a reissue of U.S. Patent 7,112,665, which was pleaded in Plaintiffs' complaint

in this action.  Defendants requested that the Tribunal stay the arbitration until the PTO's

reexamination proceedings conclude.

4.      On December 10, 2014, Plaintiffs responded to Defendants' December 4, 2014

letter, requesting that the Tribunal deny Defendants' request to stay the arbitration proceedings.

5.      On December 22, 2014, the Tribunal denied Defendants' request to stay the

arbitration.

6.      The Tribunal is currently scheduled to issue a final award on all issues in the

arbitration no later than February 27, 2015.

7.      The parties remain at the Court's disposal with regard to the foregoing.


Dated: January 12, 2015                    /s/ *David B. Smith*
                                           David B. Smith
                                           Virginia Bar No. 84462
                                           Jeffrey M. Prokop (admitted *pro hac vice*)
                                           Attorneys for Defendants
                                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                                           1152 15th Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 339-8400
                                           Fax: (202) 339-8500
                                           dsmith@orrick.com
                                           jprokop@orrick.com


                                           Peter A. Bicks (admitted *pro hac vice*)
                                           Alex V. Chachkes (admitted *pro hac vice*)
                                           Robert L. Sills (admitted *pro hac vice*)
                                           James L. Stengel (admitted *pro hac vice*)
                                           Attorneys for Defendants
                                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                                           51 West 52nd Street
                                           New York, New York 10019
                                           Phone: (212) 506-5000
                                           Fax: (212) 506-5151
                                           pbicks@orrick.com
                                           achachkes@orrick.com
                                           rsills@orrick.com

jstengel@orrick.com


*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Counsel for Plaintiffs Bayer CropScience AG and
Bayer CropScience NV
KAUFMAN & CANOLES, P.C
150 West Main Street
Norfolk, VA 23510
Phone: (757) 624-3000
Fax: (757) 624-3169
senoona@kaufcan.com

Robert J. Koch
Virginia State Bar No. 13676
Edward J. Mayle
Virginia State Bar No. 80667
Counsel for Plaintiffs Bayer CropScience AG
and Bayer CropScience NV
MILBANK, TWEED, HADLEY & MCCLOY, LLP
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
Tel. (202) 835-7520
Fax (202) 263-7520
rkoch@milbank.com
emayle@milbank.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2015, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of

such filing to:

Robert J. Koch
Edward J. Mayle
Counsel for Plaintiffs Bayer CropScience AG
and Bayer CropScience NV
MILBANK, TWEED, HADLEY & McCLOY, LLP
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
Tel. (202) 835-7500
Fax (202) 263-7500
rkoch@milbank.com
emayle@milbank.com

Stephen E. Noona
Counsel for Plaintiffs Bayer CropScience AG
and Bayer CropScience NV
KAUFMAN & CANOLES, P.C.
150 West Main Street
Norfolk, Virginia 23514
Tel. (757) 624-3000
Fax (757) 624-3169
senoona@kaufcan.com

To the best of my knowledge, there are no other attorneys who require service by U.S. mail.

/s/ *David B. Smith*
David B. Smith
Virginia Bar No. 84462
Attorney for Defendants Dow AgroSciences LLC,
Mycogen Plant Science, Inc., Agrigenetics, Inc.
d/b/a Mycogen Seeds, LLC, and Phytogen Seed
Company, LLC
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005
Phone: (202) 339-8400
Fax: (202) 339-8500
dsmith@orrick.com